TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ADDISON OWEN
Arizona State Bar No. 031263
DIAMOND ZAMBRANO
Arizona State Bar No. 036390
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
Email:Addison.Owen@usdoj.gov
       Diamond.Zambrano@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**Nov 13 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Janeth Karina Montoya-Estrada,<br><br>　　　　　Defendant. | No. CR-25-01085-002-PHX-DWL<br><br>**INFORMATION**<br><br>VIO:　18 U.S.C. §111(a)<br>　　　(Assaulting, Resisting, and Impeding a Federal Officer) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

<u>**COUNT 1**</u>

On or about July 24, 2025 in the District of Arizona, the defendant, JANETH KARINA MONTOYA-ESTRADA did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Drug Enforcement Administration Special Agent (SA) T.G, who is an officer and employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA T.G. was engaged in and on account of the performance of his official duties.

///

///

1  In violation of Title 18, United States Code, Section 111(a).

Dated this __12__ day of __November_____, 2025.

                         TIMOTHY COURCHAINE
                         United States Attorney
                         District of Arizona

                         *Addison Owen* (signature)
                         ADDISON OWEN
                         DIAMOND ZAMBRANO
                         Assistant U.S. Attorneys